**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 10-1322**

---

ERMA J. MATTHEWS,

        Plaintiff – Appellant,

    v.

M.C. DEAN, INCORPORATED; MICHAEL DEAN,

        Defendants – Appellees,

    and

M.C. DEAN, a/k/a Michael Dean,

        Defendant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge. (1:09-cv-00622-LMB-TRJ)

---

Submitted: November 5, 2010      Decided: June 23, 2011

---

Before MOTZ, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Erma J. Matthews, Appellant Pro Se.  Manesh Kumar Rath, Robert Austin Sheffield, KELLER & HECKMAN, Washington, D.C., for Appellee M.C. Dean, Incorporated.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Erma J. Matthews appeals the district court's order granting summary judgment in favor of her former employer. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court at the summary judgment hearing. Matthews v. M.C. Dean, Inc., No. 1:09-cv-00622-LMB-TRJ (E.D. Va. Mar. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED